### 19335

The STATE, Respondent, v. Cecil RAYSOR et al., Appellants

(185 S. E. (2d) 529)

*Messrs. Matthew J. Perry,* of *Jenkins, Perry & Pride,* Columbia, and *Fred Henderson Moore,* of Charleston, *for Appellants.*

*Messrs. Leonard A. Williamson, Sol.,* Aiken, and *Daniel R. McLeod, Atty. Gen., Everett N. Brandon, Asst. Atty. Gen.,* of Columbia, *for respondent.*

December 14, 1971.

*Per Curiam.*

The motion for leave to docket the above appeal is granted. This is an appeal by the appellants from their conviction of the offense of riot which arose from the incidents we dealt with in *State v. Albert,* S. C., 184 S. E. (2d) 605 (filed November 3, 1971). The issues presented in the instant appeal are identical to those presented in *State v. Albert* where we found no merit in the exceptions presented. Accordingly, the judgment of the lower court is

Affirmed.